# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re                                                                                    Case No.

    **Wildflower Investment Properties II, LLC**

_____ Debtor(s).           /

## CREDITOR MATRIX COVER SHEET

    I declare that the attached Creditor Mailing Matrix, consisting of __1__ sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

DATED: **September 15, 2025**

                                      **/s/ David N. Chandler, Jr.**
                                      Signature of Debtor's Attorney or Pro Per Debtor

.

Anne Freeman, Trustee
c/o Superior Loan Servicing
7525 Topanga Canyon Blvd.
Canoga Park, CA 91303


Superior Loan Servicing
28348 Roadside Dr., 1st Floor
Agoura Hills, CA 91301