**WRIGHT, FINLAY & ZAK, LLP**
Arnold L. Graff, Esq. SBN 269170
4665 MacArthur Court, Suite 200
Newport Beach, CA 92660
Tel: (949) 477-5050
Fax: (949) 477-9200
agraff@wrightlegal.net
WFZ #252-20252751

Attorneys for Movant,
ANNE FREEMAN, TRUSTEE OF THE ANNE FREEMAN FAMILY TRUST, DATED JUNE 5, 2014

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA – SANTA ROSA DIVISION

| | |
|---|---|
| In re:<br><br>WILDFLOWER INVESTMENT PROPERTIES II, LLC,<br><br>Debtor-in-Possession. | Case No.: 25-10580-WJL<br>Chapter: 11<br>R.S. No. ALG-1<br><br>**DECLARATION OF JULIE TABERDO IN SUPPORT OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (WITH SUPPORTING DECLARATION)**<br><br><u>Hearing</u><br>Date: April 7, 2026<br>Time: 9:30 a.m.<br>Crtm: **ZOOM ONLY**<br>Location: United States Bankruptcy Court<br>           1300 Clay Street<br>           Oakland, CA 94612 |

## DECLARATION IN SUPPORT OF MOVANT'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (WITH SUPPORTING DECLARATION)

I, *Julie Taberdo*, declare as follows:

1. I am over the age of eighteen and have personal knowledge of the facts contained in this declaration, and if called upon to testify thereto I could and would testify

Case: 25-10580   Doc# 40   Filed: 02/26/26   Entered: 02/26/26 10:37:45   Page 1 of 4

competently to the facts contained herein. This declaration is being made in support of ANNE FREEMAN, TRUSTEE OF THE ANNE FREEMAN FAMILY TRUST, DATED JUNE 5, 2014's ("Movant") Motion for Relief from the Automatic Stay Under 11 U.S.C. § 362 (the "Motion") filed in the above-listed chapter 11 bankruptcy case (the "Bankruptcy")

2.      I am now, and at all times relevant hereto have been, a Sr. Trustee Sale Officer with Asset Default Management ("ADM"), a subsidiary and authorized agent of Superior Loan Servicing ("Superior"), which is the authorized loan servicer for Movant. And such, ADM is authorized by Superior and Movant to act as the foreclosure trustee for the loan that is the subject of the Motion. I am therefore signing this declaration as an authorized agent of Movant and Superior.

3.      ADM is in the business of acting as a foreclosure trustee. In the course of my duties for ADM, I have necessarily become familiar with ADM's and Superior's practices and procedures regarding ADM's and Superior's business records, and I rely on the accuracy and completeness of those records as part of the foreclosure-related functions ADM performs. To facilitate access to those business records, ADM and Superior maintain a computer database (the "Loan Records") of acts, transactions, communications, events, and analyses (the "Loan Transactions") with respect to the trustee sales which ADM handles. The information described herein and referenced below is found in the business records of ADM and/or Superior. The entries in those records are made at the time of the events and conditions they describe either by people with first-hand knowledge of those events and conditions who had a business duty to ADM and/or Superior to accurately and completely take, make and maintain those records, or from information provided to them by people and entities with such first-hand knowledge upon whom ADM and/or Superior relies to accurately and completely do so. This is done as a regular practice of ADM and Superior, as

Case: 25-10580    Doc# 40    Filed: 02/26/26    Entered: 02/26/26 10:37:45    Page 2 of 4

part of their regularly conducted business activities. In performing my duties for ADM, I necessarily have access to the Loan Records for ADM and Superior in general and with respect to the loan at issue in this matter. Based upon my review of those records, I have gained knowledge of the facts set forth herein and, if called upon as a witness to testify, I could and would competently testify as to those facts under penalty of perjury.

4. The Loan Records reflect that, on or about August 4, 2022, the borrower Wildflower Investment Properties II, LLC ("Borrower") obtained a loan from Movant in the original amount of $487,000.00 (the "Note"), which requires 35 monthly interest-only payments of $5,275.83 each, commencing October 1, 2022 and continuing until a final lumpsum payment of the total unpaid loan balance, plus all accrued interest, unpaid fees, costs and charges, becomes due on or about September 1, 2025. A true and correct copy of the Note is attached hereto as **Exhibit 1** and is incorporated herein by reference.'

5. The Loan Records and publicly recorded documents reflect that Movant secured repayment of the subject loan by recording a deed of trust against the real property located at 187 Main Street, Point Arena, CA 95468 (the "Property") on August 17, 2022, in the Mendocino County Recorder's Office. A true and correct copy of the Elk Grove Deed of Trust is attached hereto as **Exhibit 2** and is incorporated herein by reference.

6. On or about May 5, 2025, because Debtor defaulted under the terms of the subject loan, a Notice of Default and Election to Sell Under Deed of Trust ("NOD") was recorded in the Mendocino County Recorder's Office. The default listed in the NOD totaled $32,074.27 as of April 28, 2025. A true and correct copy of the NOD is attached to hereto as **Exhibit 3**.and is incorporated herein by reference.

7. On or about August 13, 2025, when Debtor subsequently failed to cure the noticed default, a Notice of Trustee's Sale Under Deed of Trust (the "NTS") was recorded in

Case: 25-10580    Doc# 40    Filed: 02/26/26    Entered: 02/26/26 10:37:45    Page 3 of 4

the Mendocino County Recorder's Office, scheduling an initial trustee's sale for September 16, 2025, and subsequently rescheduled due to Debtor's filing of the instant bankruptcy. A true and correct copy of the NTS is attached hereto as **Exhibit 4** and is incorporated herein by reference.

8.     The Loan Records reflect that, on or about February 23, 2026, the total estimated amount due and owing on Movant's fully matured claim has grown to approximately $568,366.23, and this does not include all the attorney's fees and costs that have been and will continue to be incurred by Movant post-petition.

9.     The Loan Records reflect that the Loan was already severely delinquent, being due for December 1, 2024, when the Loan matured on September 1, 2025.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 25th day of February, 2026, at _Agoura Hills, Ca_.

_____

_Julie Taberdo_     Declarant

4

Declaration in Support of Movant's Motion for Relief

Case No.: 25-10580-WJL

Case: 25-10580   Doc# 40   Filed: 02/26/26   Entered: 02/26/26 10:37:45   Page 4 of 4