# United States Bankruptcy Court
### Northern District of California

In re   **Wildflower Investment Properties II, LLC**     Case No.   **25-10580**

Debtor(s)     Chapter   **11**

# DECLARATION CONCERNING DEBTOR'S AMENDED SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing Amended Schedule D, consisting of __ 2 __ page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date   **February 20, 2026**       Signature   **/s/ Jeffrey C. Hansen**

                                                      **Jeffrey C. Hansen**

                                                      **Managing Member**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Debtor name    **Wildflower Investment Properties II, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)    **25-10580**

■ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                    **12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

| **Part 1:** | **List Creditors Who Have Secured Claims** |
| --- | --- |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
| --- | --- | --- | --- |

**2.1** **Anne Freeman, Trustee**
Creditor's Name

**c/o Superior Loan Servicing**
**7525 Topanga Canyon Blvd.**
**Canoga Park, CA 91303**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2022**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**187 Main Street, Point Arena, CA 95468 (Grocery Store and two residential units)**

Describe the lien
**First Mortgage**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| $553,675.24 | $650,000.00 |
| --- | --- |

**2.2** **Brent Christensen**
Creditor's Name

**P.O. Box 40381**
**Reno, NV 89504**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2/12/2024**
**Last 4 digits of account number**

Describe debtor's property that is subject to a lien
**35 Mill Street, Point Arena, CA 95468 (unoccupied single family residence)**

Describe the lien
**Deed of Trust**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| $200,000.00 | $430,000.00 |
| --- | --- |

Case: 25-10580    Doc# 44    Filed: 03/02/26    Entered: 03/02/26 13:35:45    Page 2 of 3

Debtor **Wildflower Investment Properties II, LLC**     Case number (if known)    **25-10580**
<br>Name

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    **$753,675.24**

### Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Paul K. Evans**<br>**2546 Wilshire Circle**<br>**Salt Lake City, UT 84109** | Line __2.2__ | |
| **Superior Loan Servicing**<br>**28348 Roadside Dr., 1st Floor**<br>**Agoura Hills, CA 91301** | Line __2.1__ | **4222** |

Case: 25-10580    Doc# 44    Filed: 03/02/26    Entered: 03/02/26 13:35:45    Page 3 of 3