# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re

Case No.   **25-10580**

**Wildflower Investment Properties II, LLC**

_____ Debtor(s).       /

### CREDITOR MATRIX COVER SHEET - AMENDED

I declare that the attached Creditor Mailing Matrix, consisting of __1__ sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

DATED: **February 20, 2026**

**/s/ David N. Chandler, Jr.**
_____
Signature of Debtor's Attorney or Pro Per Debtor

**New Creditors:**

Brent Christensen
P.O. Box 40381
Reno, NV 89504

Paul K. Evans
2546 Wilshire Circle Salt Lake
City, UT 84109

Case: 25-10580   Doc# 44-1   Filed: 03/02/26   Entered: 03/02/26 13:35:45   Page 1 of 2

Anne Freeman, Trustee
c/o Superior Loan Servicing
7525 Topanga Canyon Blvd.
Canoga Park, CA 91303


Brent Christensen
P.O. Box 40381
Reno, NV 89504


Mendocino County Tax Collector
501 Low Gap Rd.
Ukiah, CA 95482


Paul K. Evans
2546 Wilshire Circle
Salt Lake City, UT 84109


PG&E
P.O. Box 997300
Sacramento, CA 95899-7300


Superior Loan Servicing
28348 Roadside Dr., 1st Floor
Agoura Hills, CA 91301