David N. Chandler, Jr. SBN 235427
DAVID NYLE CHANDLER P.C.
1747 Fourth Street
Santa Rosa, CA 95404
Telephone: (707) 528-4331

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE:                                          CASE No. 25-10580 WJL

                                                CHAPTER 11
WILDFLOWER INVESTMENT
PROPERTIES II, LLC,
                                                EX PARTE MOTION FOR ORDER
                                                SHORTENING TIME FOR NOTICING
        Debtor.                    /            HEARING ON APPROVAL OF DISCLOSURE
                                                STATEMENT; DECLARATION OF DAVID N.
                                                CHANDLER, JR.

    TO: HONORABLE WILLIAM J. LAFFERTY, UNITED STATES BANKRUPTCY

JUDGE:

    Wildflower Investment Properties II, LLC, Debtor herein, by and

through counsel, hereby moves the Court for an Order Shortening Time

for Noticing Hearing on Approval of the Disclosure Statement, and

represents:

    1. The Debtor's Amended Chapter 11 Plan and Amended Disclosure

Statement were filed on April 6, 2026 [Doc. # 49-50].

    2. The Notice of Hearing on Amended Disclosure Statement and

Fixing Time for Approval of Disclosure Statement and For Filing

Proof Claims was filed and served on April 6, 2026. In so doing, the

hearing on approval of the Disclosure Statement was set for June 2,

2026 [Doc. # 51].

3. At the Status Conference held on April 7, 2026, the Court suggested that the hearing on approval of the Disclosure Statement be heard on May 13, 2026 at 10:30 a.m. so that the case could proceed more quickly to a confirmation hearing.

4. The Motion is based hereon, the Declaration of David N. Chandler, Jr. appended hereto and the record from the hearing(s) held on April 7, 2026.

WHEREFORE, the Debtor hereby requests an order providing that the hearing on approval of the Disclosure Statement shall be held on May 13, 2026 at 10:30 AM, that an amended notice of hearing on approval of the Disclosure Statement be filed and served by the Debtor at least 25-days prior to such hearing, and that any objection to approval of the Disclosure Statement be filed and served at least 3-days prior to the hearing.

Respectfully submitted,

Dated: 4/15/2026                    DAVID NYLE CHANDLER P.C.


By: */s/ David N. Chandler, Jr.*
DAVID N. CHANDLER, JR.
Attorney for Debtor

DECLARATION OF DAVID N. CHANDLER, JR.

I, David N. Chandler, Jr., declare and say:

1. That if called as a witness, I am competent to testify to the within matters from my own knowledge.

2. I am an attorney licensed to practice before all courts in the State of California.

3. My office represents the Debtor in this Chapter 11 case.

4. The Debtor's Amended Chapter 11 Plan and Amended Disclosure Statement were filed on April 6, 2026 [Doc. # 49-50].

5. The Notice of Hearing on Amended Disclosure Statement and Fixing Time for Approval of Disclosure Statement and For Filing Proof Claims was filed and served on April 6, 2026. In so doing, the hearing on approval of the Disclosure Statement was set for June 2, 2026 [Doc. # 51].

6. At the Status Conference held on April 7, 2026, the Court suggested that the hearing on approval of the Disclosure Statement be heard on May 13, 2026 at 10:30 a.m. so that the case could proceed more quickly to a confirmation hearing.

Executed under penalty of perjury this 15th day of April, 2026 at Santa Rosa, California.

/s/David N. Chandler, Jr.
David N. Chandler, Jr.
Attorney for Debtor
