David N. Chandler, Jr. SBN 235427
DAVID NYLE CHANDLER P.C.
1747 Fourth Street
Santa Rosa, CA 95404
Telephone: (707) 528-4331

Attorney for Debtor

The following constitutes the order of the Court.
Signed: April 17, 2026

_William J. Lafferty, III_

_____

**William J. Lafferty, III**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE:

WILDFLOWER INVESTMENT
PROPERTIES II, LLC,

     Debtor.      /

CASE No. 25-10580 WJL

CHAPTER 11

ORDER SHORTENING TIME
FOR NOTICING HEARING ON
APPROVAL OF DISCLOSURE STATEMENT

The Debtor having filed the Ex Parte Motion for Order Shortening Time for Noticing Hearing on Approval of Disclosure Statement [Doc. #55], the Debtor's Amended Chapter 11 Plan and Amended Disclosure Statement having been filed on April 6, 2026 [Doc. # 49-50], the Court and Parties desiring to expedite the matter and good cause appearing therefore,

IT IS HEREBY ORDERED that the hearing on approval of the Disclosure Statement shall be held on May 13, 2026 at 10:30 a.m., that an amended notice of hearing on approval of the Disclosure Statement be filed and served by the Debtor at least 25-days prior to such hearing, and that any objection to approval of the Disclosure Statement be filed and served at least 3-days prior to the hearing.

** END OF ORDER **

COURT SERVICE LIST

None.