David N. Chandler, Jr. SBN 235427
DAVID NYLE CHANDLER P.C.
1747 Fourth Street
Santa Rosa, CA  95404
Telephone: (707) 528-4331

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE:

WILDFLOWER INVESTMENT
PROPERTIES II, LLC,

      Debtor.      /

CASE No. 25-10580 WJL

CHAPTER 11

AMENDED NOTICE OF HEARING ON
AMENDED DISCLOSURE STATEMENT
AND FIXING TIME FOR FILING
OBJECTIONS TO APPROVAL OF
DISCLOSURE STATEMENT AND FOR
FILING PROOF OF CLAIMS

Date:  May 13, 2026
Time:  10:30 a.m.
Place: 1300 Clay Street
      Courtroom 220
      Oakland, California 94612
      or via Zoom

TO:  ALL PARTIES IN INTEREST:

NOTICE IS HEREBY GIVEN that the Court will consider the approval of the proposed Disclosure Statement (April 6, 2026) filed by Debtor, on May 13, 2026, at the hour of 10:30 a.m. in Courtroom 220 at 1300 Clay Street, Oakland, California 94612 or via Zoom

NOTICE IS FURTHER GIVEN that objections to the approval of the Disclosure Statement must be filed with the Court and served upon David N. Chandler, Jr., the twenty-largest creditors and the U.S. Trustee at least three (3) days before the date of the hearing fixed above.

Any creditor may request a copy, free of charge, from David N. Chandler, p.c. **THIS REQUEST MUST BE MADE IN WRITING.**

Specific reference is hereby made to Bankruptcy Code § 1125, Bankruptcy Rule 3017 and Local Bankruptcy Rule 3017-1. Interested parties should review the proposed Disclosure Statement and Plan and all papers on file for further particulars. The proposed Disclosure Statement and Plan may be reviewed by Public Access to Court Electronic Records (PACER) at https://ecf.canb.uscourts.gov. You may need to register for use of this service. Registration information can be found at http://pacer.psc.uscourts.gov.

The Debtor filed or will file a list of creditors and equity security holders pursuant to Rule 1007. Any creditor holding a listed claim which is not listed as disputed, contingent or unliquidated as to amount may, but need not, file a proof of claim in this case. Creditors whose claims are not listed or whose claims are listed as disputed, contingent, or unliquidated as to amount and who desire to participate in the case or share in any distribution must file their proofs of claim on or before the date first set for hearing on the Disclosure Statement.

Any creditor who desires to rely on the list has the responsibility for determining that he/she is accurately listed.

The purpose of the Disclosure Statement is to enable creditors and investors to make informed judgments about a reorganization plan. Upon final approval of the Disclosure Statement, a copy of the Statement will be mailed to all interested parties together with a copy or summary of the plan for reorganization of the Debtor.

**PLEASE TAKE NOTICE THAT THE HEARING WILL BE HELD IN PERSON IN COURTROOM 220 IN OAKLAND OR BY ZOOM WEBINAR OR AT&T TELECONFERENCE.**

**ADDITIONAL INFORMATION IS AVAILABLE ON JUDGE LAFFERTY'S PROCEDURES PAGE ON THE COURT'S WEBSITE, AND INFORMATION ON HOW TO ATTEND THE HEARING BY ZOOM WILL BE INCLUDED WITH EACH CALENDAR POSTED UNDER JUDGE LAFFERTY'S CALENDAR ON THE COURT'S WEBSITE.**

**THE BANKRUPTCY COURT'S WEBSITE PROVIDES INFORMATION REGARDING HOW TO ARRANGE A TELEPHONIC OR VIDEO APPEARANCE. IF YOU HAVE ANY QUESTIONS REGARDING HOW TO APPEAR AT A COURT HEARING, YOU MAY CONTACT THE BANKRUPTCY COURT BY CALLING 888-821-7606 OR BY USING THE LIVE CHAT FEATURE ON THE BANKRUPTCY COURT'S WEBSITE.**

Dated:     4/17/2026                    DAVID NYLE CHANDLER P.C.

By: */s/ David N. Chandler, Jr.*
DAVID N. CHANDLER, JR.
Attorney for Debtor

<u>CERTIFICATE OF SERVICE</u>

I am a citizen of the United States, and over the age of eighteen (18) years, employed at 1747 Fourth Street, Santa Rosa, California, and not a party to the within action.

On April 17, 2026, I served a copy of the following documents: AMENDED NOTICE OF HEARING ON AMENDED DISCLOSURE STATEMENT AND FIXING TIME FOR FILING OBJECTIONS TO APPROVAL OF DISCLOSURE STATEMENT AND FOR FILING PROOF OF CLAIMS; and ORDER SHORTENING TIME FOR NOTICING HEARING ON APPROVAL OF DISCLOSURE STATEMENT on the interested parties in said action by placing a true copy thereof with postage thereon fully prepaid in the United States post office mail box at Santa Rosa, California, addressed as follows:

(SEE ATTACHED)

James and Rochelle Hansen
3335 Skyview Dr.
Auburn, CA 95602

Securities and Exchange Commission
100 F Street, NE
Washington, DC 20549

I, DAVID N. CHANDLER, JR., declare under penalty of perjury that the foregoing is true and correct.

Executed on April 17, 2026, Santa Rosa, California.

_/s/ David N. Chandler, Jr._
DAVID N. CHANDLER, JR.

Label Matrix for local noticing
0971-1
Case 25-10580
California Northern Bankruptcy Court
Santa Rosa
Fri Apr 17 12:36:20 PDT 2026

ANNE FREEMAN, TRUSTEE OF THE ANNE FREEMAN FA
Wright, Finlay & Zak, LLP
4665 MacArthur Court, Suite 200
Newport Beach, CA 92660-1811

Anne Freeman, Trustee
c/o Superior Loan Servicing
7525 Topanga Canyon Blvd.
Canoga Park, CA 91303-1214

Brent Christensen
P.O. Box 40381
Reno, NV 89504-4381

CA Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

CA Franchise Tax Board
Bankruptcy Group
P.O. Box 2952
Sacramento, CA 95812-2952

David N. Chandler Jr.
Law Offices of David N. Chandler
1747 4th St.
Santa Rosa, CA 95404-3601

Jared A. Day
Office of the U.S. Trustee
300 Booth St. #3009
Reno, NV 89509-1362

Franchise Tax Board
Bankruptcy Section MS A340
PO BOX 2952
Sacramento CA 95812-2952

Arnold L. Graff
Wright, Finlay & Zak, LLP
4665 MacArthur Court
Suite 200
Newport Beach, CA 92660-1811

Jeffrey C. Hansen
P.O. Box 669
Point Arena, CA 95468-0669

IRS
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service, CIO
P.O. Box 7346
PHILADELPHIA, PA 19101-7346

(p)MENDOCINO COUNTY TAX COLLECTOR
501 LOW GAP ROAD ROOM 1060
UKIAH CA 95482-3734

Office of the U.S. Trustee / SR
Office of the United States Trustee
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05-0153
San Francisco, CA 94102-3661

PG&E
P.O. Box 997300
Sacramento, CA 95899-7300

(p)PACIFIC GAS & ELECTRIC COMPANY
PO BOX 8329
STOCKTON CA 95208-0329

Paul K. Evans
2546 Wilshire Circle
Salt Lake City, UT 84109-1629

(p)SUPERIOR LOAN SERVICING
ATTN ASSET DEFAULT MANAGEMENT
7525 TOPANGA CANYON BLVD
CANOGA PARK CA 91303-1214

(p)U S ATTORNEY'S OFFICE NORTHERN DISTRICT
450 GOLDEN GATE AVENUE
9TH FLOOR
SAN FRANCISCO CA 94102-3419

Wildflower Investment Properties II, LLC
P.O. Box 669
Point Arena, CA 95468-0669

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Mendocino County Tax Collector
501 Low Gap Rd.
Ukiah, CA 95482

PG&E
PO BOX 8329
C/O BANKRUPTCY
STOCKTON, CA 95208

Superior Loan Servicing
28348 Roadside Dr., 1st Fl
Agoura Hills, CA 91301

U.S. Attorney
Civil Division
450 Golden Gate Ave.
San Francisco, CA 94102-3400