# UNITED STATES BANKRUPTCY COURT

DISTRICT OF   Northern California

In Re. Wildflower Investment Properties II LLC          §          Case No.  25-10580

§

§

_____          §

Debtor(s)          §

☐ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 04/30/2026          Petition Date: 09/03/2025

Months Pending: 8          Industry Classification:  | 5 | 3 | 1 | 1 |

Reporting Method:          Accrual Basis  ◯          Cash Basis  ⦿

Debtor's Full-Time Employees (current):          0

Debtor's Full-Time Employees (as of date of order for relief):          0

## Supporting Documentation   (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☐ Statement of cash receipts and disbursements
- ☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☐ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

Jeffrey C. Hansen
Signature of Responsible Party

Jeffrey C. Hansen
Printed Name of Responsible Party

05/05/2026
Date

PO Box 669, Point Arena, California, 95468
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Case: 25-10580   Doc# 59   Filed: 05/08/26   Entered: 05/08/26 14:56:05   Page 1 of 18

UST Form 11-MOR (12/01/2021)          1

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $347 | |
| b. Total receipts (net of transfers between accounts) | $6,100 | $24,600 |
| c. Total disbursements (net of transfers between accounts) | $6,068 | $0 |
| d. Cash balance end of month (a+b-c) | $378 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $6,068 | $0 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $0 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. Inventory    (Book ◯    Market ◯    Other ⊙    (attach explanation)) | $0 |
| d  Total current assets | $25 |
| e. Total assets | $25 |
| f. Postpetition payables (excluding taxes) | $0 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $0 |
| k. Prepetition secured debt | $0 |
| l. Prepetition priority debt | $0 |
| m. Prepetition unsecured debt | $0 |
| n. Total liabilities (debt) (j+k+l+m) | $0 |
| o. Ending equity/net worth (e-n) | $25 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $0 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. Gross profit (a-b) | $0 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $0 | |
| f. Other expenses | $0 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $0 | $0 |

Case: 25-10580   Doc# 59   Filed: 05/08/26   Entered: 05/08/26 14:56:05   Page 2 of 18

Debtor's Name  Wildflower Investment Properties II LLC                Case No.  25-10580

## Part 5:  Professional Fees and Expenses

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | David Chandler | Lead Counsel | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

Case: 25-10580    Doc# 59    Filed: 05/08/26    Entered: 05/08/26 14:56:05    Page 3 of 18

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |

UST Form 11-MOR (12/01/2021)                                        4

| | | | | | | |
|---|---|---|---|---|---|---|
| | lxxix | | | | | |
| | lxxx | | | | | |
| | lxxxi | | | | | |
| | lxxxii | | | | | |
| | lxxxiii | | | | | |
| | lxxxiv | | | | | |
| | lxxxv | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxix | | | | | |
| | xc | | | | | |
| | xci | | | | | |
| | xcii | | | | | |
| | xciii | | | | | |
| | xciv | | | | | |
| | xcv | | | | | |
| | xcvi | | | | | |
| | xcvii | | | | | |
| | xcviii | | | | | |
| | xcix | | | | | |
| | c | | | | | |
| | ci | | | | | |

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | | | | | | |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |

Case: 25-10580    Doc# 59    Filed: 05/08/26    Entered: 05/08/26 14:56:05    Page 5 of 18

UST Form 11-MOR (12/01/2021)                                    5

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

Case: 25-10580    Doc# 59    Filed: 05/08/26    Entered: 05/08/26 14:56:05    Page 6 of 18

UST Form 11-MOR (12/01/2021)                                6

| | | | | | | |
|---|---|---|---|---|---|---|
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxviii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |

UST Form 11-MOR (12/01/2021)                                7

| | | | | | | |
|---|---|---|---|---|---|---|
| | xcix | | | | | |
| | c | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a.  Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b.  Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c.  Postpetition employer payroll taxes accrued | $0 | $0 |
| d.  Postpetition employer payroll taxes paid | $0 | $0 |
| e.  Postpetition property taxes paid | $0 | $0 |
| f.  Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g.  Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

a. Were any payments made on prepetition debt?  (if yes, see Instructions)  Yes ◯  No ◉

b. Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)  Yes ◯  No ◉

c. Were any payments made to or on behalf of insiders?  Yes ◯  No ◉

d. Are you current on postpetition tax return filings?  Yes ◯  No ◉

e. Are you current on postpetition estimated tax payments?  Yes ◯  No ◉

f. Were all trust fund taxes remitted on a current basis?  Yes ◯  No ◉

g. Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)  Yes ◯  No ◉

h. Were all payments made to or on behalf of professionals approved by the court?  Yes ◯  No ◯  N/A ◉

i. Do you have:  Worker's compensation insurance?  Yes ◯  No ◉

If yes, are your premiums current?  Yes ◯  No ◯  N/A ◉  (if no, see Instructions)

Casualty/property insurance?  Yes ◉  No ◯

If yes, are your premiums current?  Yes ◉  No ◯  N/A ◯  (if no, see Instructions)

General liability insurance?  Yes ◉  No ◯

If yes, are your premiums current?  Yes ◉  No ◯  N/A ◯  (if no, see Instructions)

j. Has a plan of reorganization been filed with the court?  Yes ◯  No ◉

k. Has a disclosure statement been filed with the court?  Yes ◉  No ◯

l. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?  Yes ◉  No ◯

UST Form 11-MOR (12/01/2021)                    8

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ⦿ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ⦿ |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**<u>I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.</u>**


Jeffrey C. Hansen

Signature of Responsible Party

Managing Member

Title

Jeffrey C. Hansen

Printed Name of Responsible Party

05/05/2026

Date



PageOnePartOne



PageOnePartTwo



PageTwoPartOne



PageTwoPartTwo

UST Form 11-MOR (12/01/2021)



Bankruptcy1to50



Bankruptcy51to100



NonBankruptcy1to50

NonBankruptcy51to100

UST Form 11-MOR (12/01/2021)



PageThree



PageFour

UST Form 11-MOR (12/01/2021)

# Initiate Business Checking<sup>SM</sup>



WILDFLOWER INVESTMENT PROPERTIES II
LLC
DEBTOR IN POSSESSION
CH11 CASE #25-10580 (NCA)
PO BOX 669
POINT ARENA CA 95468-0669

## Questions?

*Available by phone Mon-Sat 7:00am-11:00pm Eastern
Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711

**1-800-CALL-WELLS** (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our
company and look forward to continuing to serve you with your financial needs.

**Other Wells Fargo Benefits**

**Spot the latest tax scam**

Scammers posing as a tax consulting service are calling claiming you owe back taxes or have missed filings. They urge you to call
them back immediately to "resolve" your tax debt. They often insist this is your "only chance" to avoid penalties.

Red Flags
- Unexpected calls regarding a tax issue.
- Claims of notices sent that you never received.
- Messages saying press a number to "be removed," a common scammer tactic to confirm working phone numbers.

What to Do
- Let unknown callers go to voicemail.
- Do NOT call back or share personal information.
- If you have concerns, contact the IRS directly - never use the number left on a voicemail.

For more information go to wellsfargo.com/spottaxscams

Case: 25-10580    Doc# 59    Filed: 05/08/26    Entered: 05/08/26 14:56:05    Page 13 of
18



## Statement period activity summary

| | |
|---|---|
| Beginning balance on 4/1 | $346.85 |
| Deposits/Credits | 6,100.00 |
| Withdrawals/Debits | - 6,068.36 |
| **Ending balance on 4/30** | **$378.49** |

Account number: ████████9035 (primary account)

**WILDFLOWER INVESTMENT PROPERTIES II LLC**
**DEBTOR IN POSSESSION**
**CH11 CASE #25-10580 (NCA)**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): ████████

For Wire Transfers use
Routing Number (RTN): ████████

### Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 4/15 | | eDeposit IN Branch 04/15/26 11:07:56 Am 660 S Main St Fort Bragg CA | 1,000.00 | | |
| 4/15 | | eDeposit IN Branch 04/15/26 11:09:37 Am 660 S Main St Fort Bragg CA | 5,100.00 | | |
| 4/15 | | Wire Trans Svc Charge - Sequence: 260415189744 Srf# 0001808105615860 Trn#260415189744 Rfb# | | 40.00 | |
| 4/15 | | WT Fed#03R01 City National Bank /Ftr/Bnf=Superior Loan Servicing Srf# 0001808105615860 Trn#260415189744 Rfb# | | 6,010.06 | 396.79 |
| 4/30 | | Monthly Service Fee | | 15.00 | |
| 4/30 | | Cash Deposit Processing Fee | | 3.30 | 378.49 |
| **Totals** | | | **$6,100.00** | **$6,068.36** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 04/01/2026 - 04/30/2026 | Standard monthly service fee $15.00 | You paid $15.00 |
|---|---|---|
| **How to avoid the monthly service fee**<br>Have any **ONE** of the following each fee period | Minimum required | This fee period |
| - Minimum daily balance | $2,000.00 | $346.85 ☐ |

C1/C1

Case: 25-10580    Doc# 59    Filed: 05/08/26    Entered: 05/08/26 14:56:05    Page 14 of 18



## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 6,100 | 5,000 | 1,100 | 0.0030 | 3.30 |
| Transactions | 1 | 100 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$3.30** |

 IMPORTANT ACCOUNT INFORMATION

Effective July 1, 2026, the fee for stop payment requests on checks drawn on your account, or on pre-authorized (Automated Clearing House) items, will be $30 per item. The fee may not be applicable to all customers depending on the type of account you have. For more details, refer to the Fee and Information Schedule applicable to your account.

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

**Other Wells Fargo Benefits**

**Wells Fargo is serious about security.**
Keeping your accounts and information secure is our priority. We use sophisticated tools to help safeguard your money - 24/7 fraud monitoring, data encryption, secure technology, and protection against suspicious activity. Visit our Security Center at **wellsfargo.com/security** to learn more.

Case: 25-10580    Doc# 59    Filed: 05/08/26    Entered: 05/08/26 14:56:05    Page 15 of 18



## Important Information You Should Know

- **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts:** Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Wells Fargo Bank N.A. Attn: Deposit Furnishing Disputes MAC F2304-019 PO Box 50947 Des Moines, IA 50340. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- **In case of errors or questions about other transactions (that are not electronic transfers):** Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

- **If your account has a negative balance:** Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- To download and print an Account Balance Calculation Worksheet(PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

- **A.** The ending balance shown on your statement ......................... $ _____

**ADD**

- **B.** Any deposits listed in your register or transfers into your account which are not shown on your statement.

  $ _____
  $ _____
  $ _____
  + $ _____

  ........................................ TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

........................................ TOTAL $ _____

**SUBTRACT**

- **C.** The total outstanding checks and withdrawals from the chart above ............. - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same as the current balance shown in your check register ............................ $ _____

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  | **Total amount** $ |

David N. Chandler, Jr. SBN 235427
DAVID NYLE CHANDLER P.C.
1747 Fourth Street
Santa Rosa, CA 95404
Telephone: (707) 528-4331

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE:                                    CASE No. 25-10580 WJL

                                          CHAPTER 11

WILDFLOWER INVESTMENT
PROPERTIES II, LLC,

         Debtor.              /           CERTIFICATE OF SERVICE

I am a citizen of the United States, and over the age of eighteen (18) years, employed at 1747 Fourth Street, Santa Rosa, California, and not a party to the within action.

On May 8, 2026, I served a copy of the following document: MONTHLY OPERATING REPORT, PERIOD ENDING APRIL 30, 2026 on the interested parties in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States post office mail box at Santa Rosa, California, addressed as follows:

(SEE ATTACHED)

I, DAVID N. CHANDLER, JR., declare under penalty of perjury that the foregoing is true and correct.

Executed on May 8, 2026, Santa Rosa, California.

                                    /s/ David N. Chandler, Jr.
                                    DAVID N. CHANDLER, JR

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0971-1<br>Case 25-10580<br>California Northern Bankruptcy Court<br>Santa Rosa<br>Fri May  8 13:16:40 PDT 2026 | ANNE FREEMAN, TRUSTEE OF THE ANNE FREEMAN FA<br>Wright, Finlay & Zak, LLP<br>4665 MacArthur Court, Suite 200<br>Newport Beach, CA 92660-1811 | Anne Freeman, Trustee<br>c/o Superior Loan Servicing<br>7525 Topanga Canyon Blvd.<br>Canoga Park, CA 91303-1214 |
| Brent Christensen<br>P.O. Box 40381<br>Reno, NV 89504-4381 | CA Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 | CA Franchise Tax Board<br>Bankruptcy Group<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 |
| David N. Chandler Jr.<br>Law Offices of David N. Chandler<br>1747 4th St.<br>Santa Rosa, CA 95404-3601 | Jared A. Day<br>Office of the U.S. Trustee<br>300 Booth St. #3009<br>Reno, NV 89509-1362 | Franchise Tax Board<br>Bankruptcy Section MS A340<br>PO BOX 2952<br>Sacramento CA 95812-2952 |
| Arnold L. Graff<br>Wright, Finlay & Zak, LLP<br>4665 MacArthur Court<br>Suite 200<br>Newport Beach, CA 92660-1811 | Jeffrey C. Hansen<br>P.O. Box 669<br>Point Arena, CA 95468-0669 | IRS<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Internal Revenue Service, CIO<br>P.O. Box 7346<br>PHILADELPHIA, PA 19101-7346 | (p)MENDOCINO COUNTY TAX COLLECTOR<br>501 LOW GAP ROAD ROOM 1060<br>UKIAH CA 95482-3734 | Office of the U.S. Trustee / SR<br>Office of the United States Trustee<br>Phillip J. Burton Federal Building<br>450 Golden Gate Ave. 5th Fl., #05-0153<br>San Francisco, CA 94102-3661 |
| PG&E<br>P.O. Box 997300<br>Sacramento, CA 95899-7300 | (p)PACIFIC GAS & ELECTRIC COMPANY<br>PO BOX 8329<br>STOCKTON CA 95208-0329 | Paul K. Evans<br>2546 Wilshire Circle<br>Salt Lake City, UT 84109-1629 |
| (p)SUPERIOR LOAN SERVICING<br>ATTN ASSET DEFAULT MANAGEMENT<br>7525 TOPANGA CANYON BLVD<br>CANOGA PARK CA 91303-1214 | (p)U S  ATTORNEY'S OFFICE  NORTHERN DISTRICT<br>450 GOLDEN GATE AVENUE<br>9TH FLOOR<br>SAN FRANCISCO CA 94102-3419 | Wildflower Investment Properties II, LLC<br>P.O. Box 669<br>Point Arena, CA 95468-0669 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Mendocino County Tax Collector<br>501 Low Gap Rd.<br>Ukiah, CA 95482 | PG&E<br>PO BOX 8329<br>C/O BANKRUPTCY<br>STOCKTON, CA 95208 | Superior Loan Servicing<br>28348 Roadside Dr., 1st Fl<br>Agoura Hills, CA 91301 |
| U.S. Attorney<br>Civil Division<br>450 Golden Gate Ave.<br>San Francisco, CA 94102-3400 | | |