David N. Chandler, Jr. SBN 235427
DAVID NYLE CHANDLER P.C.
1747 Fourth Street
Santa Rosa, CA  95404
Telephone: (707) 528-4331

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE:                                 CASE No. 25-10580 WJL

                                       CHAPTER 11

WILDFLOWER INVESTMENT
PROPERTIES II, LLC,

                                       DECLARATION OF JEFFREY C.
                                       HANSEN IN SUPPORT OF
         Debtor.              /        CONFIRMATION OF CHAPTER 11 PLAN
                                       Date:  July 7, 2026
                                       Time:  9:30 a.m.
                                       Place: 1300 Clay Street
                                              Courtroom 220
                                              Oakland, California 94612
                                              or via Zoom

I, Jeffrey C. Hansen, declare and say:

1.    That if called as a witness, I am competent to testify to the within matters from my own knowledge.

2.    I am the Managing Member and responsible person for the Debtor in the above captioned Chapter 11 case.

3.    On September 15, 2025, I caused a voluntary bankruptcy Petition to be filed on the Debtor's behalf pursuant to Chapter 11 of the Bankruptcy Code.

4.    I elected to commence a bankruptcy case on behalf of the Debtor after it became evident that the Debtor would be unable to effectuate a refinance the secured claim of Anne Freeman, Trustee of

the Anne Freeman Family Trust prior to a scheduled foreclosure sale.

5. The Debtor is a limited liability company formed in February, 2022 under the laws of the State of California. I own a 50% membership interest in the Debtor. The other members of the Debtor are my brother and sister-in-law, James and Rochelle Hansen, who each own a 25% membership interest.

6. The Debtor acquired its interest in real property located at 187 Main St., Point Arena, CA (the "Main Street Property") by Grant Deed, dated August 3, 2022. The Main Street Property consists of a commercial space (formerly a grocery store) and two residential units. The goal is to utilize the commercial space as a laundromat. One of the residential units is rented for $1,000 per month while the other residential units is vacant and used for storage.

7. In or about August, 2022, the Debtor borrowed the sum of 487,000 from Anne Freeman, Trustee of the Anne Freeman Family Trust, dated June 5, 2014. In exchange, the Debtor promised to repay the debt with interest and gave the Lender a consensual lien in the Main Street Property, which was perfected on August 7, 2025 with the recording of a Deed of Trust. The loan matured on September 1, 2025.

8. It has always been the intent of myself and the other LLC Members to satisfy the secured claim of Anne Freeman, Trustee of the Anne Freeman Family Trust from a refinance of the Main Street Property. The state of the economy made difficult the timely completion of the planned refinance, which was further frustrated by me being treated for a serious medical condition.

9. Prior to the filing of the Chapter 11 case and throughout the case, I have been in negotiations with a prospective lender who indicated a willingness to refinance the Real Property along with other

property owned by another LLC which is owned and managed by me, my brother and sister-in-law.

10. An entity related to the Debtor, Wildflower Investment Properties, LLC, is the owner of a five-plex and a lot on Center Street in Point Arena, CA (collectively the "Five-Plex"). Another related entity, 610 Properties, LLC is the owner of two duplexes on Mill Street in Point Arena, CA (the "Duplexes"). The Five-Plex and the Duplexes serve as collateral for two loans, a first loan made by Brent Christensen in the approximate amount of $1,075,000 and a second loan made by Brent Christensen and Paul K. Evans in the approximate amount of $110,000.

11. The contemplated refinance involves a new lender (likely Brent Christensen or an entity he controls) loaning approximately $575,000 to 610 Properties, LLC which will be used to reduce the amount owing to Brent Christensen on the first loan that is cross-collateralized with the Five-Plex and Duplexes. As a condition of the new loan being made, Brent Christensen and Paul K. Evans agreed to reconvey the Deed(s) of Trust securing the second cross-collateralized loan for $110,000 and accept different collateral put up by me, my brother and sister-in-law (and/or entities we control. In turn, Brent Christensen agreed to loan a sufficient amount of money to 610 Properties, LLC to enable it to satisfy the Class 3 claim of Anne Freeman and fund the payments on other Classes of claims that are required under the Plan. In connection with the transaction, the Debtor will transfer title to the Main St. Property to 610 Properties, LLC.

12. In my opinion, the value of the Main Street Property is approximately $650,000. As of the petition date, the amount owing on the Anne Freeman mortgage was approximately $555,000.

13. The Debtor acquired its interest in 35 Mill Street, Point Arena, CA (the "Mill St. Property") by Grant Deed, dated December 27, 2022. The Mill St. Property consists of a .95 acre parcel and a dilapidated single family residence.

14. In or about February, 2024, the Debtor borrowed $200,000 from Brent Christensen and Paul K. Evans. In exchange, the Debtor executed a Promissory Note obligating repayment of the debt with non-default interest of 12% per annum and gave Messrs. Christensen and Evans a consensual lien encumbering the Mill St. Property, which was perfected on February 12, 2024 with the recording of a Deed of Trust. Previously, the Debtor satisfied a prior Deed of Trust encumbering the Mill St. Property, which was given to Messrs. Christensen and Evans to secure a loan for $300,000 that was used to purchase the Mill Street property.

15. In my opinion, the value of the Mill St. Property is approximately $430,000. As of the petition date, the amount owing on the mortgage was approximately $200,000. As with the Main Street Property, the Mill St. Property represents an important part of the the business plans of me, my brother and sister-in-law in Point Arena, California.

16. There are $5,121.58 in priority tax claims in this case, consisting of Proof of Claim No. 1 filed by the IRS for $1,500 and Proof of Claim No. 2 filed by the FTB for $3,621.85. Priority claims are to be paid in full under the plan. Pending the refinance of the Main Street Property, which will satisfy any outstanding priority unsecured claims, the monthly payments on priority unsecured claims will be no more than $120 per month for approximately 50-months following confirmation.

17. There are $1,683.63 in general unsecured claims in the case, of which $1,442.81 relates to Proof of Claim No. 2 filed by the FTB and $240.82 relates to Proof of Claim No. 4 filed by PG&E for utilities. These general unsecured claims will be paid in full with interest under the Plan. Pending the refinance of the Main Street Property, which will satisfy any outstanding general unsecured claims, the monthly payments on general unsecured claims will be no more than $155 per month for the 12-months following confirmation.

18. Brent Christensen and Paul Evans accepted the treatment of their claim under the Plan, which will generate a monthly payment of approximately $1,467.53 per month and a full pay-off within 5-years.

19. Although Anne Freeman initially rejected the treatment of her claim under the Plan, the parties negotiated and subsequently agreed to amended plan terms which will generate a monthly payment of $5,275.83 per month and a full pay-off by September 30, 2027.

20. I understand that the Debtor's attorney's fees in this case will be approximately $42,000-$45,000. I further understand that Counsel has a pre-petition deposit in trust of $33,597 which will be applied to the amount owing, leaving a balance of between $8,400 and $11,400. My attorney and I agreed that I will pay at least $1,000 per month until the sooner of the court-approved fees being paid in full or the refinance of the Main St. Property, when any such fees will be paid in full.

21. Based on the foregoing, it is my belief that the peak monthly debt service under the Plan will be $9,583.36, which consists of $5,275.83/mo. to Anne Freeman, $1,467.53/mo. to Messrs. Christensen and Evans, $120/mo. for priority tax claims, $155/mo. for general unsecured claims, $1,000 per month for attorney's fees and

approximately $1,565 for property taxes and insurance.

22. My brother, sister-in-law and I are owners of the Wildflower Motel in Point Arena. Our intent is to use the rents from the Wildflower Motel to make the required payments under the Plan, together with the rents the Debtor receives from the Main St. Property. We have already been paying property taxes and insurance, as well as over $6,000 per month to Anne Freeman as adequate protection, so the increased debt service under the Plan, when compared to what we have already been paying is minimal. I am confident that my brother, sister-in-law and I will be able to make the required payments, and also that we will be able to complete the refinance of the Main Street property well before September 30, 2027. The refinance transaction that is the prerequisite of refinancing the Main Street Property is coming together now and should close in the coming weeks or months.

23. To the best of my knowledge, the Plan complies with the applicable provisions of the Bankruptcy Code.

24. To the best of my knowledge, the Debtor's conduct in this case complies with the applicable provisions of the Bankruptcy Code.

25. To the best of my knowledge, all filing fees have been paid in the case.

Executed under penalty of perjury this 2nd day of July, 2026 at Mendocino County, California.

*/s/ Jeffrey C. Hansen*
JEFFREY C. HANSEN
